Form 113od

United States Bankruptcy Court
Southern District of Ohio
221 East Fourth Street, Suite 800
Cincinnati, OH 45202-4133

United States Bankruptcy Court

Southern District of Ohio – Cincinnati

IN RE(NAME OF DEBTOR)

Brenda J Page , xxx-xx-7172  (SSN/TAX ID)

,

AKA/DBA:

Chapter: 13

Case Number 1:02-bk-11574

1:01cv0146

## ORDER DISCHARGING DEBTOR AFTER COMPLETION OF CHAPTER 13 PLAN

THE COURT FINDS THAT THE DEBTOR'S PLAN HAS BEEN CONFIRMED AND THAT THE DEBTOR HAS FULFILLED ALL REQUIREMENTS UNDER THE PLAN.

IT IS ORDERED THAT:

1. THE DEBTOR IS DISCHARGED FROM ALL DEBTS PROVIDED FOR BY THE PLAN OR DISALLOWED UNDER 11 U.S.C. SECTION 502, EXCEPT ANY DEBT:

   A. ON WHICH THE LAST PAYMENT IS DUE AFTER THE DATE ON WHICH THE FINAL PAYMENT UNDER THE PLAN WAS DUE, AS SPECIFIED IN 11 U.S.C. SECTION 1322(b) (5);

   B. IN THE NATURE OF ALIMONY, MAINTENANCE OR SUPPORT OF A SPOUSE OR CHILD OF THE DEBTOR, AS SPECIFIED IN 11 U.S.C. SECTION 523(a)(5); OR

   C. BASED ON AN ALLOWED CONSUMER CLAIM INCURRED AFTER THE FILING OF THE PETITION, PROOF OF WHICH CLAIM WAS FILED UNDER 11 U.S.C. SECTION 1305(a)(2), IF PRIOR APPROVAL BY THE TRUSTEE OF THE DEBTOR'S INCURRING SUCH DEBT WAS PRACTICABLE AND WAS NOT OBTAINED, AS SPECIFIED IN 11 U.S.C. SECTION 1328(d).

2. ALL CREDITORS ARE PROHIBITED FROM ATTEMPTING TO COLLECT ANY DEBT THAT HAS BEEN DISCHARGED IN THIS CASE.

DATE OF DISCHARGE: July 30, 2007

BY THE COURT

*/signature/*

J. Vincent Aug Jr.
United States Bankruptcy Judge

07 AUG -3 PM 3:28

048318